JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JEREMY KINGSLEY AUSTIN, | CASE NO. CV 16-4893-PJW |
|---|---|
| Petitioner, | |
| v. | JUDGMENT |
| SHAWN HATTON, WARDEN, | |
| Respondent. | |

Pursuant to the Memorandum Opinion and Order filed herewith,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: August 28, 2017

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-State Habeas\AUSTIN, J 4893\Judgment.wpd